WOLLMUTH MAHER & DEUTSCH LLP
500 Fifth Avenue
New York, New York 10110
(212) 382-3300
Paul R. DeFilippo
James N. Lawlor

Proposed Attorneys for Greenwich Sentry, L.P.
and Greenwich Sentry Partners, L.P.

## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF NEW YORK

| In re: | Case No: 10-_____( ) |
|---|---|
| GREENWICH SENTRY, L.P. and GREENWICH SENTRY PARTNERS, L.P., | Chapter 11 |
| Debtors and Debtors-in-Possession. | (Joint Administration Requested) |

## DECLARATION CONCERNING CONSOLIDATED
## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

I, the undersigned authorized officer of Fairfield Greenwich (Bermuda), Ltd., the General Partner of Greenwich Sentry, L.P. and Greenwich Sentry Partners, L.P., named as the debtors in the above cases (the "*Debtors*"), declare under penalty of perjury that I have read the foregoing Consolidated List of Creditors Holding 20 Largest Unsecured Claims against the Debtors, and that the list is true and correct to the best of my information and belief.

Date: November 19, 2010

Signature: /s/ Mark McKeefry
Name:   Mark McKeefry
Position:   General Counsel & Assistant Secretary

# UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF NEW YORK

| In re:  GREENWICH SENTRY, L.P. and GREENWICH SENTRY PARTNERS, L.P.,  Debtors and Debtors-in-Possession. | Case No: 10-_____( )  Chapter 11  (Joint Administration Requested) |
|---|---|

## CONSOLIDATED LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the creditors holding the 20 largest unsecured claims against the above-captioned debtors, Greenwich Sentry, L.P. and Greenwich Sentry Partners, L.P. (collectively, the "*Debtors*"). The list has been prepared on a consolidated basis from the Debtors' unaudited books and records. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in the Debtors' chapter 11 cases. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. The information presented herein does not constitute an admission of liability by, nor is it binding on the Debtors, and nothing provided herein shall affect the Debtors' right to challenge the amount or characterization of any claim at a later date.

| (1) Name of creditor and complete mailing addressing including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also indicate value of security] |
|---|---|---|---|---|
| Irving H. Picard, Esq. SPIC Trustee Bernard L. Madoff Invest. Sec., LLC Baker Hostetler 45 Rockefeller Plaza 11th Floor New York, NY 10111 | Baker Hostetler 45 Rockefeller Plaza 11th Floor New York, NY 10111 Attn: David Sheehan, Esq. Tel.: (212) 589-4616 Fax: (212) 589-4201 | Preference and Fraudulent Transfer Claims | Disputed | $206,000,000.00 |
| Berkow Schecter & Co. LLP 350 Bedford Street Suite 303 Stamford, CT 06901 | Berkow Schechter & Co. LLP 350 Bedford Street Suite 303 Stamford, CT 06901 Attn: Ed Schecter Tel.: (203) 356-1061 Fax.: (203) 356-1061 | Trade Debt | | $30,000.00 |