BROWN RUDNICK LLP
David J. Molton
May Orenstein
Daniel J. Saval
Kerry L. Quinn
Seven Times Square
New York, New York 10036
Telephone: (212) 209-4800

*Counsel to Kenneth Krys and Joanna Lau,*
*solely in their capacities as Foreign Representatives*
*and Liquidators of Fairfield Sentry Limited,*
*Fairfield Sigma Limited and Fairfield Lambda Limited*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br><br>**GREENWICH SENTRY, L.P. and**<br>**GREENWICH SENTRY PARTNERS, L.P.,**<br><br>    **Debtors and Debtors-in-Possession.** | Case No: 10-16229 (BRL)<br><br>Chapter 11<br><br>(Jointly Administered) |

**AFFIDAVIT OF SERVICE**

STATE OF NEW YORK    )
                               ) ss.:
COUNTY OF NEW YORK  )

       Christopher Michael Lau Kamg being duly sworn, deposes and says: I am not a party to the within action, am over 18 years of age and reside in Brooklyn, New York.

       On the 13th day of December, 2010, I caused to be served a true copy of the following document: *Notice of Appearance And Request For Service of Papers* on the parties listed on the

attached service list by first class mail.

        /s/ Christopher Michael Lau Kamg
Christopher Michael Lau Kamg

Sworn to before me this
13th day of December, 2010.

  /s/ Vicki A. Goldstein
Notary Public

No. 01G05078233
Qualified in Queens County
Commission Expires May 19, 2011

8281499

| | |
|---|---|
| James N. Lawlor | Paul R. DeFilippo |
| Wollmuth Maher & Deutsch, LLP<br>One Gateway Center, 9th Floor<br>Newark, New Jersey 07102 | Wollmuth Maher & Deutsch, LLP<br>500 Fifth Avenue, 12th Floor<br>New York, New York 10110 |
| | Robert Alan Wallner<br>Kent Andrew Bronson<br>Kristi Stahnke McGregor<br>Charles Slidders |
| Office of the United States Trustee<br>33 Whitehall Street, 21st Floor<br>New York, New York 10004 | Milberg, LLP<br>One Pennsylvania Plaza, 49th Floor<br>New York, New York 10119 |