UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re: | Case No: 10-16229 (BRL) |
| GREENWICH SENTRY, L.P. and GREENWICH SENTRY PARTNERS, L.P., | Chapter 11 |
| Debtors and Debtors-in-Possession. | (Jointly Administered) |

## STIPULATION AND ORDER

WHEREAS, David I. Ferber SEP IRA, Frank E. Pierce and Frank E. Pierce IRA ("Movants"), through their counsel, filed on December 17, 2010, the Motion of Limited Partners for Leave to Bring Adversary Proceedings on Behalf of Debtors or Alternative Relief (Docket No. 28) ("Motion");

WHEREAS, Greenwich Sentry, L.P. and Greenwich Sentry Partners, L.P. (the "Debtors"), through their counsel, filed the Declaration of Mark McKeefry, dated January 11, 2011 (Docket No. 54) ("Original McKeefry Declaration") in opposition to the Motion;

WHEREAS, Movants, through their counsel, served a subpoena on Mr. McKeefry, through his counsel, on January 13, 2011, seeking, among other things, Mr. McKeefry's appearance at the hearing on the Motion for the purpose of providing testimony (the "Subpoena");

WHEREAS, counsel for Mr. McKeefry has objected to the Subpoena;

WHEREAS, counsel for the Movants, the Debtors and Mr. McKeefry have conferred with respect to the foregoing;

**IT IS HEREBY STIPULATED AND AGREED**, as follows:

1. The Original McKeefry Declaration is deemed withdrawn from the record, with the exception of those portions that make exhibits C, D, E, F and G part of the record on the Motion.

2. The Subpoena is withdrawn and Mr. McKeefry shall not be required to testify in connection with the Motion.

Dated: February 2, 2011
New York, New York

| | |
|---|---|
| Attorneys for the Debtors | Attorneys for the Movants |
| By: /s/ Paul R. DeFilippo<br>James N. Lawlor<br>Paul R. DeFilippo<br>WOLLMUTH MAHER & DEUTSCH LLP<br>500 Fifth Avenue,<br>New York, New York 10110<br>Tel.: (212) 382-3300 | By: /s/ Robert A. Wallner<br>Robert A. Wallner<br>Kent A. Bronson<br>Kristi Stahnke McGregor<br>Charles Slidders<br>MILBERG LLP<br>One Pennsylvania Plaza<br>New York, New York 10119<br>Tel.: (212) 594-5300 |
| Attorneys for Mark McKeefry | -and- |
| By: /s/ Mark G. Cunha<br>Mark G. Cunha<br>Sara A. Ricciardi<br>SIMPSON THACHER & BARTLETT<br>425 Lexington Avenue<br>New York, New York 10017<br>Tel.: (212) 455-2000 | By: /s/ Stephen A. Weiss<br>Stephen A. Weiss<br>Christopher M. Van de Kieft<br>Parvin Aminolroaya<br>SEEGER WEISS LLP<br>One William Street<br>New York, New York 10004<br>Tel.: (212) 584-0700 |

Dated: February 3, 2011
       New York, New York

**SO ORDERED:**

/s/Burton R. Lifland
**THE HONORABLE BURTON R. LIFLAND**
**UNITED STATES BANKRUPTCY JUDGE**