WOLLMUTH MAHER & DEUTSCH LLP
500 Fifth Avenue
New York, New York  10110
(212) 382-3300
Paul R. DeFilippo
James N. Lawlor

Attorneys for Greenwich Sentry, L.P.
and Greenwich Sentry Partners, L.P.

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Case No: 10-16229 (BRL) |
| GREENWICH SENTRY, L.P. and<br>GREENWICH SENTRY PARTNERS, L.P., | Chapter 11 |
| Debtors and Debtors-in-Possession. | (Jointly Administered)[1] |

**NOTICE OF ADJOURNMENT OF HEARING FOR MATTERS
PREVIOUSLY SCHEDULED TO BE HEARD ON JUNE 7, 2011,
AT 10:00 A.M. TO JULY 20, 2011, AT 10:00 A.M.**

**PLEASE TAKE NOTICE** that the hearing for the following matters, which were previously scheduled to be heard on June 7, 2011 at 10:00 a.m., has been adjourned to **July 20, 2011, at 10:00 a.m. (prevailing Eastern time)** or as soon thereafter as counsel can be heard, in United States Bankruptcy Court for the Southern District of New York, Alexander Hamilton U.S. Custom House, One Bowling Green, New York, NY 10004-1408, before the Honorable Burton R. Lifland, United States Bankruptcy Judge, Courtroom 623, and that the following matters will proceed as follows on **July 20, 2011, at 10:00 a.m. (prevailing Eastern time)**:

---

[1] Pursuant to the Order Granting the Debtors' Motion for an Order Directing Joint Administration of Related Chapter 11 Cases Pursuant to Fed.R.Bankr.P. 1015 [Docket No. 14], the Chapter 11 proceeding of Greenwich Sentry Partners, L.P., Case No.: 10-16230 (BRL) is to be jointly administered under the above-captioned matter.

I.  **UNCONTESTED MATTERS:**

1. Entry of a Final Order for Debtors' Motion for an Interim and Final Order Recognizing that Certain Derivative Actions Constitute Property of the Debtors' Estates and Are Subject to the Automatic Stay [Docket No. 8].

   Responses Received: None.

   Related Documents:

   (a) Supplemental Declaration of James N. Lawlor in Further Support of Debtors' Motion for an Interim and Final Order Recognizing that Certain Derivative Actions Constitute Property of the Debtors' Estates and Are Subject to the Automatic Stay [Docket No. 11];
   (b) Notice of Revised Proposed Interim Consent Order Staying Certain Derivative Actions Pending in the Supreme Court of the State of New York [Docket No. 42];
   (c) The Interim Consent Order Staying Certain Derivative Actions Pending in the Supreme Court of the State of New York [Docket No. 46], signed on January 3, 2011;
   (d) Notice of Adjournment of Hearing for Final Order to Stay Derivative Actions to February 16, 2011 at 10:00 a.m. [Docket No. 63]; And
   (e) Notice of Stipulated Adjournment of Hearing for (i) Entry of Final Order for Debtors' Motion for an Interim and Final Order Recognizing that Certain Derivative Actions Constitute Property of the Debtors' Estates and are Subject to the Automatic Stay, (ii) Limited Partners' Motion for Leave to bring Adversary Proceedings on Behalf of Debtors or Alternative Relief, and (iii) Motion for Order Pursuant to 11 U.S.C. §§ 105(a) and 331 Establishing Procedures for Monthly Compensation and Reimbursement of Expenses of Professionals, to April 12, 2011, at 10:00 a.m. [Docket No.: 82].

   Status:  This matter is going forward.

II. **CONTESTED MATTERS**

1. Limited Partners' Motion for Leave to Bring Adversary Proceedings on Behalf of Debtors or Alternative Relief [Docket No. 28].

   Responses Received:

   (a) Debtors' Brief and Supporting Declaration of Mark J. McKeefry, Esq., in Opposition to the Motion of Limited Partners for Leave to Bring Adversary Proceedings on Behalf of Debtors or Alternative Relief [Docket No. 54];
   (b) Response of Irving H. Picard, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and Bernard L.

Madoff to Limited Partners' Motion for Leave to Bring Adversary Proceedings on Behalf of Debtors or Alternative Relief [Docket No. 55]; And

(c) Reply in Further Support of the Limited Partners' Motion for Leave to Bring Adversary Proceedings on Behalf of Debtors or Alternative Relief [Docket No. 58].

Other Related Documents:

(a) Declaration of Charles Slidders in Support of Limited Partners' Motion for Leave to Bring Adversary Proceedings on Behalf of Debtors or Alternative Relief [Docket No. 30];
(b) Notice of Adjournment of Hearing of the Limited Partners' Motion for Leave to Bring Adversary Proceedings on Behalf of Debtors or Alternative Relief [Docket No. 61];
(c) Stipulation and Order By and Among the Debtors, Mark McKeefry, and Movants, David I. Ferber SEP IRA, Frank E. Pierce and Frank E. Pierce IRA, entered on February 3, 2011 [Docket No. 70]; And
(d) Notice of Stipulated Adjournment of Hearing for (i) Entry of Final Order for Debtors' Motion for an Interim and Final Order Recognizing that Certain Derivative Actions Constitute Property of the Debtors' Estates and are Subject to the Automatic Stay, (ii) Limited Partners' Motion for Leave to bring Adversary Proceedings on Behalf of Debtors or Alternative Relief, and (iii) Motion for Order Pursuant to 11 U.S.C. §§ 105(a) and 331 Establishing Procedures for Monthly Compensation and Reimbursement of Expenses of Professionals, to April 12, 2011, at 10:00 a.m. [Docket No.: 82].

Status: This matter is going forward.

Dated: June 3, 2011
New York, New York

/s/ James N. Lawlor
James N. Lawlor
Paul R. DeFilippo
WOLLMUTH MAHER & DEUTSCH LLP
500 Fifth Avenue,
New York, New York 10110
Telephone: (212) 382-3300
Facsimile: (212) 382-0050

Attorneys for Greenwich Sentry, L.P. and Greenwich Sentry Partners, L.P.