WOLLMUTH MAHER & DEUTSCH LLP
500 Fifth Avenue
New York, New York  10110
(212) 382-3300
Paul R. DeFilippo
James N. Lawlor

Attorneys for Greenwich Sentry, L.P.
and Greenwich Sentry Partners, L.P.

## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re: | Case No: 10-16229 (BRL) |
| GREENWICH SENTRY, L.P. and GREENWICH SENTRY PARTNERS, L.P., | Chapter 11 |
| | (Jointly Administered)[1] |
| Debtors and Debtors-in-Possession. | |

**NOTICE OF ADJOURNMENT OF HEARING FOR MOTION FOR ENTRY OF AN ORDER (A) APPROVING THE ADEQUACY OF DEBTORS' DISCLOSURE STATEMENTS FOR DEBTORS' CHAPTER 11 REORGANIZATION PLANS PURSUANT TO 11 U.S.C. § 1125, (B) APPROVING THE FORM OF BALLOTS AND REQUIREMENTS FOR VOTING ON DEBTORS' PLANS, (C) FIXING A DATE FOR THE HEARING FOR CONFIRMATION OF THE PLANS AND FOR THE DEADLINES TO OBJECT AND TO ACCEPT OR REJECT THE PLANS, AND (D) APPROVING THE FORM AND MANNER OF NOTICE OF THE PLAN CONFIRMATION HEARING AND THE DEADLINES TO OBJECT AND TO ACCEPT OR REJECT THE PLANS, PREVIOUSLY SCHEDULED TO BE HEARD ON SEPTEMBER 1, 2011, AT 10:00 A.M. TO SEPTEMBER 20, 2011, AT 10:00 A.M.**

**PLEASE TAKE NOTICE** that the hearing for the following matter, which was

previously scheduled to be heard on September 1, 2011, at 10:00 a.m., has been adjourned to

**September 20, 2011, at 10:00 a.m. (prevailing Eastern time)** or as soon thereafter as counsel

---

[1] Pursuant to the Order Granting the Debtors' Motion for an Order Directing Joint Administration of Related Chapter 11 Cases Pursuant to Fed.R.Bankr.P. 1015 [Docket No. 14], the Chapter 11 proceeding of Greenwich Sentry Partners, L.P., Case No.: 10-16230 (BRL) is to be jointly administered under the above-captioned matter.

can be heard, in United States Bankruptcy Court for the Southern District of New York, Alexander Hamilton U.S. Custom House, One Bowling Green, New York, NY 10004-1408, before the Honorable Burton R. Lifland, United States Bankruptcy Judge, Courtroom 623, and that such matter shall proceed on that new date as follows.

I. **CONTESTED MATTER:**

1. Motion for Entry of an Order (A) Approving the Adequacy of Debtors Disclosure Statements for Debtor' Chapter 11 Reorganization Plans, (B) Approving the Form of Ballots and Requirements for Voting on Debtors Plans, (C) Fixing a Date for the Hearing for Confirmation of the Plans and for the Deadlines to Object and to Accept or Reject the Plans, and (D) Approving the Form and Manner of Notice of the Plan Confirmation Hearing [Docket No. 177].

Responses Received:

(a) Objection of the Excluded Limited Partners to the Motion for Entry of an Order Approving the Debtor's Disclosure Statement, Voting Requirements, and Form of Notice, and Cross-Motion for Relief From the Proof of Claim Bar Date for Class 4 Limited Partners [Docket No. 192];

Other Related Documents:

(a) Chapter 11 Plan for Greenwich Sentry, L.P., Proposed by the Debtors [Docket No. 173];
(b) Disclosure Statement for the Chapter 11 Plan for Greenwich Sentry, L.P., Proposed by the Debtors [Docket No. 174];
(c) Chapter 11 Plan for Greenwich Sentry Partners, L.P., Proposed by the Debtors [Docket No. 175];
(d) Disclosure Statement for the Chapter 11 Plan for Greenwich Sentry Partners, L.P., Proposed by the Debtors [Docket No. 176];

Status: This matter has been adjourned to September 20, 2011, at 10:00 a.m.

**PLEASE TAKE FURTHER NOTICE THAT** the hearing for the following matter shall be proceed as scheduled on **September 1, 2011, at 10:00 a.m. (prevailing Eastern time)**, or as soon thereafter as counsel can be heard, in United States Bankruptcy Court for the Southern District of New York, Alexander Hamilton U.S. Custom House, One Bowling Green, New York,

NY 10004-1408, before the Honorable Burton R. Lifland, United States Bankruptcy Judge, Courtroom 623, and that such matter shall proceed on that date as follows.

**I.      UNCONTESTED MATTER:**

1. Motion, Notice of Motion, and Proposed Order for the Debtors' Motion for an Order Pursuant to Sections 105(a), 327, and 330 of the Bankruptcy Code Authorizing the Retention and Compensation of Professionals Utilized by the Debtors in the Ordinary Course of Business *Nunc Pro Tunc* to the Commencement Date [Docket No. 183].

   Responses Received:  None.

   Related Documents:  None.

   Status:  This matter is going forward.

Dated:  August 26, 2011
        New York, New York

/s/ James N. Lawlor
James N. Lawlor
Paul R. DeFilippo
WOLLMUTH MAHER & DEUTSCH LLP
500 Fifth Avenue,
New York, New York 10110
Telephone: (212) 382-3300
Facsimile:  (212) 382-0050

Attorneys for Greenwich Sentry, L.P. and
Greenwich Sentry Partners, L.P.