WOLLMUTH MAHER & DEUTSCH LLP
500 Fifth Avenue
New York, New York 10110
(212) 382-3300
Paul R. DeFilippo
James N. Lawlor

Attorneys for Greenwich Sentry, L.P.
and Greenwich Sentry Partners, L.P.

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re: | Case No: 10-16229 (BRL) |
| GREENWICH SENTRY, L.P. and GREENWICH SENTRY PARTNERS, L.P., | Chapter 11 |
| Debtors and Debtors-in-Possession. | (Jointly Administered)[1] |

## NOTICE OF ADJOURNMENT OF HEARING FOR MATTERS PREVIOUSLY SCHEDULED TO BE HEARD ON SEPTEMBER 1, 2011, AT 10:00 A.M.

**PLEASE TAKE NOTICE** that the hearing for the following matter, which was previously scheduled to be heard on September 1, 2011 at 10:00 a.m., has been adjourned and will proceed via a notice of presentment as follows:

### I. UNCONTESTED MATTERS:

1. Motion, Notice of Motion, and Proposed Order for the Debtors' Motion for an Order Pursuant to Sections 105(a), 327, and 330 of the Bankruptcy Code Authorizing the Retention and Compensation of Professionals Utilized by the Debtors in the Ordinary Course of Business *Nunc Pro Tunc* to the Commencement Date [Docket No. 183].

---

[1] Pursuant to the Order Granting the Debtors' Motion for an Order Directing Joint Administration of Related Chapter 11 Cases Pursuant to Fed.R.Bankr.P. 1015 [Docket No. 14], the Chapter 11 proceeding of Greenwich Sentry Partners, L.P., Case No.: 10-16230 (BRL) is to be jointly administered under the above-captioned matter.

Responses Received:

While no formal written responses have been received, Debtors' counsel received comments from the United States Trustee's Office.

Related Documents: None.

Status:

This matter **will not go forward**, but has been adjourned without date so as to permit it to proceed via a notice of presentment to be submitted with a supplemental affidavit and revised proposed order based on comments received from the United States Trustee's Office.

Dated: August 31, 2011
New York, New York

/s/ James N. Lawlor
James N. Lawlor
Paul R. DeFilippo
WOLLMUTH MAHER & DEUTSCH LLP
500 Fifth Avenue,
New York, New York 10110
Telephone: (212) 382-3300
Facsimile: (212) 382-0050

Attorneys for Greenwich Sentry, L.P. and
Greenwich Sentry Partners, L.P.