WOLLMUTH MAHER & DEUTSCH LLP
500 Fifth Avenue
New York, New York  10110
(212) 382-3300
Paul R. DeFilippo
James N. Lawlor

Attorneys for Greenwich Sentry, L.P.
and Greenwich Sentry Partners, L.P.

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re: | Case No: 10-16229 (BRL) |
| GREENWICH SENTRY, L.P. and GREENWICH SENTRY PARTNERS, L.P., | Chapter 11 |
| Debtors and Debtors-in-Possession. | (Jointly Administered)[1] |

**NOTICE OF AGENDA OF MATTERS SCHEDULED FOR HEARING ON SEPTEMBER 20, 2011, AT 10:00 A.M.**

Location of Hearing:  United States Bankruptcy Court for the Southern District of New York, Alexander Hamilton U.S. Custom House, before the Honorable Burton R. Lifland, United States Bankruptcy Judge, **Room 623**, One Bowling Green, New York, NY 10004-1408

---

[1] Pursuant to the Order Granting the Debtors' Motion for an Order Directing Joint Administration of Related Chapter 11 Cases Pursuant to Fed.R.Bankr.P. 1015 [Docket No. 14], the Chapter 11 proceeding of Greenwich Sentry Partners, L.P., Case No.: 10-16230 (BRL) is to be jointly administered under the above-captioned matter.

## I. CONTESTED MATTERS:

1. Motion for Entry of an Order (A) Approving the Adequacy of Debtors Disclosure Statements for Debtor' Chapter 11 Reorganization Plans, (B) Approving the Form of Ballots and Requirements for Voting on Debtors Plans, (C) Fixing a Date for the Hearing for Confirmation of the Plans and for the Deadlines to Object and to Accept or Reject the Plans, and (D) Approving the Form and Manner of Notice of the Plan Confirmation Hearing [Docket No. 177].

    Responses Received:

    Objection of the Excluded Limited Partners to the Motion for Entry of an Order Approving the Debtor's Disclosure Statement, Voting Requirements, and Form of Notice, and Cross-Motion for Relief From the Proof of Claim Bar Date for Class 4 Limited Partners (the "Excluded Limited Partners' Objection") [Docket No. 192];

    Other Related Documents:

    (a) Chapter 11 Plan for Greenwich Sentry, L.P., Proposed by the Debtors [Docket No. 173];
    (b) Disclosure Statement for the Chapter 11 Plan for Greenwich Sentry, L.P., Proposed by the Debtors (the "GS Disclosure Statement") [Docket No. 174];
    (c) Chapter 11 Plan for Greenwich Sentry Partners, L.P., Proposed by the Debtors [Docket No. 175];
    (d) Disclosure Statement for the Chapter 11 Plan for Greenwich Sentry Partners, L.P., Proposed by the Debtors (the "GSP Disclosure Statement" and together with the GS Disclosure Statement, collectively, the "Disclosure Statements") [Docket No. 176];

    Status: This matter is going forward. Debtors' counsel has resolved the Excluded Limited Partners' Objection pursuant to a stipulation and proposed order to be presented. In addition, Debtors' counsel has received informal comments and requests for changes to the Disclosure Statements from the U.S. Trustee's Office, which will be reflected in amended versions of the Disclosure Statements to be filed with the Court.

2. Debtors' Objection to Proofs of Claim Pursuant to Sections 502(e)(1)(B) and 510(b) of the Bankruptcy Code and Rule 3007 of the Federal Rules of Bankruptcy Procedure [Docket No. 184];

Responses Received:

Response to Debtors' Objection to Proofs of Claim Pursuant to Sections 502(e)(1)(B) and 510(b) of the Bankruptcy Code and Rule 3007 of the Federal Rules of Bankruptcy Procedure filed on behalf of Falmouth Investment Company, Inc., Hedge Strategy Fund Non-QP, LLC, Hedge Strategy Fund, LLC, Paragon Advisors, Inc., Terence C. Sullivan (the "Response to Debtors' Objection to Proofs of Claim") [Docket No. 203];

Status: This matter is being adjourned to October 4, 2011, at 10:00 a.m. The Debtors anticipate resolving the Response to Debtors' Objection to Proofs of Claim pursuant to a stipulation.

Dated: September 19, 2011
New York, New York

/s/ James N. Lawlor
James N. Lawlor
Paul R. DeFilippo
WOLLMUTH MAHER & DEUTSCH LLP
500 Fifth Avenue,
New York, New York 10110
Telephone: (212) 382-3300
Facsimile: (212) 382-0050

Attorneys for Greenwich Sentry, L.P. and Greenwich Sentry Partners, L.P.