WOLLMUTH MAHER & DEUTSCH LLP
500 Fifth Avenue
New York, New York  10110
(212) 382-3300
Paul R. DeFilippo
James N. Lawlor

Attorneys for Greenwich Sentry, L.P.
and Greenwich Sentry Partners, L.P.

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Case No: 10-16229 (BRL) |
| GREENWICH SENTRY, L.P. and GREENWICH SENTRY PARTNERS, L.P., | Chapter 11 |
| | (Jointly Administered)[1] |
| Debtors and Debtors-in-Possession. | |

**NOTICE OF ADJOURNMENT OF HEARING ON DEBTORS'
OBJECTION TO PROOFS OF CLAIM PURSUANT TO SECTIONS
502(e)(1)(B) AND 510(b) OF THE BANKRUPTCY CODE AND RULE
3007 OF THE FEDERAL RULES OF BANKRUPTCY PROCEDURE**

**PLEASE TAKE NOTICE** that the hearing for the following matter, which was previously scheduled to be heard on September 20, 2011 at 10:00 a.m., has been adjourned to **October 4, 2011, at 10:00 a.m. (prevailing Eastern Standard Time)** or as soon thereafter as counsel may be heard, in United States Bankruptcy Court for the Southern District of New York, Alexander Hamilton U.S. Custom House, One Bowling Green, New York, New York 10004-1408, before the Honorable Burton R. Lifland, United States Bankruptcy Judge, Courtroom 623, and that such matter shall proceed on that new date as follows:

---

[1] Pursuant to the Order Granting the Debtors' Motion for an Order Directing Joint Administration of Related Chapter 11 Cases Pursuant to Fed.R.Bankr.P. 1015 [Docket No. 14], the Chapter 11 proceeding of Greenwich Sentry Partners, L.P., Case No.: 10-16230 (BRL) is to be jointly administered under the above-captioned matter.

**I.     CONTESTED MATTERS:**

1. Debtors' Objection to Proofs of Claim Pursuant to Sections 502(e)(1)(B) and 510(b) of the Bankruptcy Code and Rule 3007 of the Federal Rules of Bankruptcy Procedure [Docket No. 184].

    Responses Received:

    Response to the Objection dated September 13, 2011 filed on behalf of Falmouth Investment Company, Inc., Hedge Strategy Fund Non-QP, LLC, Hedge Strategy Fund, LLC, Terence C. Sullivan, and Paragon Advisors, Inc. (the "Response to Debtors' Objection to Proofs of Claim") [Docket No. 203].

    Related Documents:

    (a) Proof of Claim Number 40 filed by Falmouth Investment Company, Inc.;
    (b) Proof of Claim Number 43 filed by Hedge Strategy Fund Non-QP, LLC;
    (c) Proof of Claim Number 46 filed by Hedge Strategy Fund, LLC;
    (d) Proof of Claim Number 59 filed by Terence C. Sullivan; and
    (e) Proof of Claim Number 108 filed by Paragon Advisors, Inc.

    Status: This matter has been adjourned to October 4, 2011, at 10:00 a.m. The Debtors anticipate resolving the Response to Debtors' Objection to Proofs of Claim pursuant to a stipulation.

Dated: September 19, 2011
New York, New York

/s/ James N. Lawlor
James N. Lawlor
Paul R. DeFilippo
WOLLMUTH MAHER & DEUTSCH LLP
500 Fifth Avenue,
New York, New York 10110
Telephone: (212) 382-3300
Facsimile: (212) 382-0050

Attorneys for Greenwich Sentry, L.P. and
Greenwich Sentry Partners, L.P.